

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-10-00309-CV

KENNETH P. GROSS AND                                         APPELLANTS
BETSY L. GROSS

V.

WB TEXAS RESORT                                                 APPELLEE
COMMUNITIES, L.P.

----------

### FROM THE 141ST DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Twice we have abated this case on Appellants' motions pending entry of a final judgment or order from which they may appeal. In our most recent abatement order, we stated that if a supplemental clerk's record containing a final judgment was not filed by December 14, 2010, then we could dismiss this case for want of jurisdiction.

---

[1]*See* Tex. R. App. P. 47.4.

On December 14, 2010, Appellants notified us that they were unable to secure a final order or judgment from the trial court by that date and that therefore they had no choice but to allow the appeal to be dismissed without prejudice. Accordingly, this appeal is dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED: January 27, 2011